# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Laborers' Pension Fund and James S. Jorgensen,

Plaintiff(s),

v.

Anka V. Miscevic and Estate of M.M. et al.,

Defendant(s).

Case No. 16 cv 5865
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of defendants Estate of M.Ms and Anka V. Miscevic and against plaintiffs Laborers' Pension Fund and James S. Jorgensen.

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion for judgment on the pleadings.

Date: 5/5/2017                    Thomas G. Bruton, Clerk of Court

                                  Vettina Franklin, Deputy Clerk